■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE DOLISCA, Appellant. [926 NYS2d 316]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 21, 2009 (*People v Dolisca*, 61 AD3d 890 [2009]), affirming a judgment of the Supreme Court, Queens County, rendered November 20, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Covello, Florio and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KINSTON DUBARRY, Appellant. [926 NYS2d 304]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered December 21, 2009, convicting him of attempted assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the People's contention, the issues raised by the defendant on appeal are preserved for appellate review. The defendant correctly contends that the prosecutor improperly impeached a defense witness during cross-examination regarding the witness's prior arrests (*see People v Miller*, 91 NY2d 372, 380 [1998]). However, the error was harmless, since the evidence of the defendant's guilt was overwhelming, and there is no significant probability that the verdict would have been different absent the error (*see People v Crimmins*, 36 NY2d 230, 242 [1975]; *People v Bryan*, 55 AD3d 921 [2008]).

The defendant's remaining contention does not require reversal. Prudenti, P.J., Eng, Hall and Lott, JJ., concur.